UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
Utica DIVISION

In re:

KNOPKA, MICHAEL A
KNOPKA, JOANN L
LLC, MOOSE SHOP
LLC, MOOSE SHOP
        Debtors.

Chapter 7

Case No. 09-61845 DD

**STATEMENT OF
SMALL DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 4 | JGB Enterprises Inc.<br>P.O. Box 209, 115 Metropolitan Drive<br>Liverpool, NY 13088 | $84.00 | $3.06 |

**TOTAL SMALL DIVIDENDS:**     $ 3.06

Dated: October 4, 2011

Thomas Paul Hughes

THOMAS PAUL HUGHES
Trustee
23 Oxford Road
New Hartford, NY 13413
(315) 223-3043

**FILED**
OCT 05 2011
OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

# 611000453

**RECEIVED**

OCT 05 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY